UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN M. PAGANO, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF ANTHONY S. PAGANO, JR., : : : : | |
| PLAINTIFFS, : : | Civil Action No.: 3:10-CV-1452 (CFD) |
| vs. : : | |
| L'OREAL USA INC., REVLON, INC., P&G-CLAIROL, INC. : : : | |
| DEFENDANTS. : | NOVEMBER 8, 2010 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in addition to the appearance of Bridget Madigan Zalcman for the Plaintiff, ANN M. PAGANO, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF ANTHONY S. PAGANO, JR.

Dated at Stamford, this the 8th day of November, 2010.

                THE PLAINTIFF,

                By: s/s/ Michael C. McMinn
                   Michael C. McMinn (ct27169)
                   Law Offices of Frank N. Peluso, P.C.
                   1799 Summer Street
                   Stamford, CT 06905
                   Tel: (203) 348-2000
                   Fax: (203) 324-9913
                   Email: attorneyfrankpeluso@hotmail.com

                Her Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2010, a copy of the Plaintiff's Appearance was electronically filed. Notice of the filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher J. Lynch
LeClairRyan
One Financial Plaza
755 Main Street, Suite 2000
Hartford, CT 06103
Tel: 860-656-1935
Fax: 860-656-1985
E-mail: christopher.lynch@leclairryan.com
*Attorneys for Revlon, Inc.*

Victoria Metaxas
LeClairRyan
545 Long Wharf Drive
9th Floor
New Haven, CT 06511
Tel: 203-672-1631
Fax: 203-672-1667
Email: victoria.metaxas@leclairryan.com
*Attorney for Revlon, Inc.*

Alan G. Schwartz
Seth L. Huttner
Wiggin & Dana LLP
One Century Tower
PO Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
E-mail: aschwartz@wiggin.com
 shuttner@wiggin.com
*Attorneys for L'Oreal USA, Inc.*

Jonathan P. Ciottone
Goldberg Segalla LLP
100 Pearl Street, 7th Floor
Hartford, CT 06103
Phone: (860) 760-3300
Fax: (860) 760-3301
E-Mail: jciottone@goldbergsegalla.com
*Attorney for P&G-Clairol, Inc.*

            /s/ Michael C. McMinn\_\_\_\_
            Michael C. McMinn (ct27169)